FILED

SEP -1 AM 10:31

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 09 80 206MISC

Thomas J. Lorigan - #57646

_____ /

**ORDER TO SHOW CAUSE**

It appearing that Thomas J. Lorigan has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Thomas J. Lorigan
Attorney at Law
2766 Glen Firth
San Jose, CA 95133